*(RPG)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )
                              )
      v.                      )     Criminal Action No. 07- *15/m*
                              )
TYRIK SPENCER,                )
                              )
              Defendant.      )

## MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

_____ Crime of violence (18 U.S.C. § 3156)

_____ Maximum sentence life imprisonment or death

_____ 10+ year drug offense

_____ Felony, with two prior convictions in above categories

_____ Minor victim

_X_ Possession/ use of firearm, destructive device or other dangerous weapon

_____ Failure to register under 18 U.S.C. § 2250

_X_ Serious risk defendant will flee

_____ Serious risk obstruction of justice

FILED

AUG 1 6 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

_X_ Defendant's appearance as required

_X_ Safety of any other person and the community

3. **Rebuttable Presumption**. The United States will not invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    ___ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense (_____) with minor victim

    ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ___ At first appearance

     X  After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of _____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

        ____ (a) on release pending trial for a felony;

        ____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ____ (c) on probation or parole for an offense.

    ____ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

    ____ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this ___15th___ day of August, 2007.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Martin Meltzer
Special Assistant United States Attorney