IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v.  TYREKE SPENCER   CASE NO.  CR 07-116-JJF

The defendant,  TYREKE SPENCER , having been scheduled for arraignment on  SEPTEMBER 13, 2007  a continuance having been requested by  DEFENSE COUNSEL  for the following reasons:  SCHEDULING CONFLICT  and the Court, having considered the request, finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued to  SEPTEMBER 27, 2007

(2) The period between  SEPTEMBER 13, 2007  and  SEPTEMBER 27, 2007  shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 9/20/07

[signature: Mary Pat Thynge]

FILED
SEP 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE