IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORDER GRANTING CONTINUANCE

Case: U.S.A . v.  TYREKE SPENCER  CASE NO. CR 07-116-JJF

The defendant,  TYREKE SPENCER , having been scheduled for arraignment on  SEPTEMBER 27, 2007  a continuance having been requested by  COURT APPOINTED COUNSEL  for the following reasons:  DUE TO THE INABILITY TO RETAIN COUNSEL  and the Court, having considered the request, finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant to a speedy trial, it is

ORDERED,

(1) Defendant's arraignment is continued to  OCTOBER 4, 2007 

(2) The period between  SEPTEMBER 27, 2007  and  OCTOBER 4, 2007  shall be excludable under the Speedy Trial Act (18 U.S.C.3161, et seq.).

Dated: 10/1/07

_____



FILED
OCT 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE