UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Criminal Action No. 07-116-JJF |
| : | |
| TYREKE SPENCER, : | |
| : | |
| : | |
| Defendant. : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Edson A. Bostic, Esquire, as attorney of record and enter the appearance of Luis A. Ortiz, Esquire as attorney on behalf of Defendant, Tyreke Spencer, in the above-captioned matter.

/s/ Luis A. Ortiz
LUIS A. ORTIZ, ESQUIRE
Assistant Federal Public Defender
One Customs House, Suite 110
704 King Street
Wilmington, DE  19801
302-573-6010
ecf_de@msn.com

DATED:  October 2, 2007