UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,            )
                                     )
            Plaintiff,               )
                                     )
      vs.                            )   CASE NO. 07-116-JJF
                                     )
**TYREKE SPENCER**,                  )
                                     )
            Defendant.               )

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on **10/4/07** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until            . The time between the date of this order and November 1, 2007 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).



**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney

FILED

OCT - 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE