# MICHAEL C. HEYDEN, ESQUIRE

ATTORNEY AND COUNSELOR AT LAW
1201 KING STREET
WILMINGTON, DELAWARE 19801



TELEPHONE
(302) 654-0789

FAX
(302) 654-9352

October 10, 2007

The Honorable Joseph J. Farnan, Jr.,
United States District Court
704 King Street
Wilmington, DE 19801

RE: United State v. Tyreke Spencer,
07-116 JJF.

Dear Judge Farnan:

I received a Notice for a Scheduling Conference in the above matter. Please be advised that the undersigned does not represent the above defendant.

Thank you for your cooperation.

Very truly yours,

Michael C. Heyden, Esquire

MCH/mqh
Enc.
Martin C. Meltzer, Esquire
US Attorney's Office
1007 Orange Street, Ste. 700
PO Box 2046
Wilmington, DE 19899