UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

**TYRIK SPENCER,**

Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: 07- *151M*

*CR07-116-JJF*

**To: The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest **TYRIK SPENCER** when and as stated in the Motion and Order for an Arrest in the above case and bring said Defendant to the nearest magistrate to answer a(n)

___ Indictment  ___ Information  _X_ Complaint  ___ Order of court  ___ Violation Notice  ___ Probation Violation Petition

charging the Defendant with knowingly
possessing in and affecting interstate and foreign commerce, a firearm, after having been convicted of a felony crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section(s) 922(g)(1) and 924(a)(2).

| Honorable Mary Pat Thynge, U.S. Magistrate Judge | District of Delaware |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | August *[/]* 2007    Wilmington, DE |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ *No Bail* | by _____ |
| | Name of Judicial Officer |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____
*844 Kong St Wilm DC*

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| *8-14-07* | | |
| DATE OF ARRESST | *William David, DOSE* | *[signature]* |
| *8-15-07* | | |

AO 442 (Rev. 12/85) Warrant for Arrest



FILED
OCT 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE