IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-116 JJF |
| TYREKE SPENCER, | : | |
| Defendant. | : | |

**ORDER**

WHEREAS, Defendant has filed a Motion to Suppress Evidence and Statements (D.I. 18);

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **Tuesday, November 27, 2007, at 2:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

November 13, 2007
DATE

UNITED STATES DISTRICT JUDGE



FILED
NOV 13 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE