## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal Action No. 07-116-JJF |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| TYREKE SPENCER, | : | |
| | : | |
| Defendant. | : | |

## ENTRY OF APPEARANCE

PLEASE enter the appearance of Assistant United States Attorney Seth M. Beausang as an attorney of record on behalf of the United States of America in the above-captioned matter.

Dated:  November 16, 2007.

                                              Respectfully submitted,

                                              COLM F. CONNOLY
                                              United States Attorney

                                                 /s/ Seth M. Beausang
                                              Seth M. Beausang (DE I.D. No. 4071)
                                              Assistant United States Attorney
                                              1007 N. Orange Street, Suite 700
                                              P.O. Box 2046
                                              Wilmington, Delaware 19899-2046
                                              (302) 573-6277, ext. 149
                                              (302) 573-6220 (fax)