RECEIVED
MAR 17 2008

The Honorable Judge J. Farnan, Jr.
U.S. District Judge
United States Court
844 King Street
Federal Building
Wilmington, DE 19801

CR 07-116 JJF

    On March 7, 2008, Your Honor sentenced me to 59 months. After Your Honor handed down said sentence, I was asked did I understand that I can appeal my sentence? At which time I replied," I do". I am aware that I have the right to appeal, but at the same I am unaware of how to begin the process. So, I am seeking the assistance of the court to aide me in initiating this motion. Please inform me of the necessary course of action. Your time and consideration in regards to this matter is greatly appreciated.

Respectfully,
Tyreke Spencer

Tyreke Spencer
Reg. No. 05324-015
Salem Co. Corr. Ctr.
125 Cemetary Rd.
Woodstown, NJ 08098

Tyreke Spencer
Reg. No. 05324-015
125 Cemetary Rd.
Woodstown, NJ 08098

SOUTH JERSEY NJ 080
14 MAR 2008 PM 1
USA 41

U.S.M.S. X-RAY

The Honorable Judge J. Farnan, Jr.
United States Court
844 King Street
Federal Building
Wilmington, DE 19801