# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

CHAMBERS OF
JOSEPH J. FARNAN, JR.
JUDGE

LOCKBOX 27
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6155

March 18, 2008

Mr. Tyreke Spencer
SBI # 05324-015
Salem County Correctional Center
125 Cemetary Road
Woodstown, NJ 08078

RE:   United States v. Tyreke Spencer
      Criminal Action No. 07-116 JJF

Dear Mr. Spencer:

I am in receipt of your March 2008 letter requesting assistance with filing an appeal of your sentence. The letter you have submitted will be treated as a Notice of Appeal and a Request for Appointment of Counsel. You should be contacted by your appointed counsel in the near future.

Sincerely,

JOSEPH J. FARNAN, JR.

JJFjr:dk

cc:   Walter Matthews, US Probation
      Luis A. Ortiz, Esquire
      Ilana Eisenstein, Esquire
      Clerk, U.S. District Court

FILED
MAR 20 2008
U S DISTRICT COURT
DISTRICT OF DELAWARE